**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY, | ) ) | |
|     **Plaintiff,** | ) ) | |
| v. | ) ) | **CIVIL ACTION** |
| FRIEL PLASTERING & STUCCO, INC.; FSD CM, LLC d/b/a, t/a DULING CONSTRUCTION MANAGEMENT; EAST NORRIS STREET PARTNERS, L.P.; and GE EAST NORRIS STREET ASSOCIATES, LLC, | ) ) ) ) ) ) ) | **NO. 2:18-CV-3562-CMR** |
|     **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Main Street America Assurance Company, by and through its undersigned counsel, hereby dismisses the above-captioned action WITHOUT PREJUDICE.

Respectfully submitted,

**Dated:  2/19/2019**	**POST & SCHELL, P.C.**

By	*/s/  Bryan M. Shay*
BRYAN M. SHAY, ESQ.
PA ID NO. 205953
Four Penn Center, 13th Floor
1600 John F Kennedy Blvd.
Philadelphia, PA  19103
Phone:  215-587-1182
Facsimile: 215-320-4876
*Attorneys for Plaintiff Main Street America Assurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed with the Court via its ECF system. A copy of same was served on all parties via regular U.S. Mail.

**Dated: 2/19/2019**                                    **POST & SCHELL, P.C.**

By    */s/ Bryan M. Shay*
  BRYAN M. SHAY, ESQ.
  PA ID NO. 205953
  Four Penn Center, 13th Floor
  1600 John F Kennedy Blvd.
  Philadelphia, PA  19103
  Phone:  215-587-1182
  Facsimile: 215-320-4876
  *Attorneys for Plaintiff Main Street America Assurance Company*